LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

No. 2 09-SW-220 KJM

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT AUTHORIZING
... [REDACTED]

SEALING ORDER

(Fed. R. Crim. P. 41;
18 U.S.C. §3117)

It is further ORDERED that this warrant and the accompanying affidavit/application submitted in support thereof, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents, informant, and others, except for the limited disclosure specifically authorized in the warrant issued on June 22, 2009.

Dated: June 22, 2009

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE